■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRAZINA BON, Appellant.—Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered April 22, 1988, convicting defendant upon her plea of guilty of the crime of burglary in the second degree.

Application of the Public Defender's office to be relieved of its assignment is granted and the judgment is affirmed *(see, People v Cruwys,* 113 AD2d 979, *lv denied* 67 NY2d 650).

Judgment affirmed. Mahoney, P. J., Kane, Levine, Mercure and Harvey, JJ., concur.